# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# Judge Robert E. Blackburn

Criminal Case No. 01-cr-00147-REB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.  RUDY JOSEPH LUCERO,

    Defendant.

---

## MINUTE ORDER[1]

---

On **November 10, 2009**, at 9:00 a.m., the court shall conduct a supervised release violation hearing in courtroom A1001, in the above-captioned matter. The U.S. Marshal shall assist in securing the defendant's appearance for this hearing.

Dated: October 8, 2009

---

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.