PROB 12
(02/05-D/CO)

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

U. S. A. vs. RUDY JOSEPH LUCERO　　　　　　　　　Docket Number: 01-cr-00147-REB-01

**Supplemental Petition for Issuance of Arrest Warrant Due to Violation of Supervised Release**

　　COMES NOW, Thomas Meyer, probation officer of the court, presenting an official report upon the conduct and attitude of Rudy Joseph Lucero who was placed on supervision by the Honorable Edward W. Nottingham sitting in the court at Denver, Colorado, on the 28th day of September, 2001, who fixed the period of supervision at three (3) years, and imposed the general terms and conditions theretofore adopted by the court and also imposed special conditions and terms as follows:

1.　　The defendant shall not incur new credit charges or open additional lines of credit without the approval of the probation officer, unless the defendant is in compliance with the installment payment schedule.

**On April 17, 2009, at a supervised release violation hearing, the Court continued the defendant on supervised release to the original term. The conditions were modified to include the following:**

2.　　The defendant shall reside in an approved Residential Reentry Center (RRC), a halfway house, for a term of six (6) months, to commence as soon as bed space is available, and that the defendant comply without exception or excuse, with all rules, regulations, policies, directives, orders, and contractual provisions, if any, imposed by the Residential Reentry Center in which he is placed.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

See attachment hereto and herein incorporated by reference.

PRAYING THAT THE COURT WILL ORDER that the original petition dated September 23, 2009, which requested the issuance of a warrant for violations of supervised release, be supplemented to include additional violations of supervised release. Subsequent to the arrest of the defendant, that the court consider revocation of supervised release.

　　　　ORDER OF THE COURT

| | |
|---|---|
| Considered and ordered this 9th day of October, 2009, and ordered filed and made a part of the record in the above case. | I declare under penalty of perjury that the foregoing is true and correct. |
| | s/Thomas Meyer |
| | Thomas Meyer |
| | Probation Officer |
| **s/ Robert E. Blackburn** | |
| Robert E. Blackburn | Place: Denver, Colorado |
| U.S. District Judge | |
| | Date: October 8, 2009 |

## ATTACHMENT

The defendant has committed the additional following violations of supervised release:

**4.   FAILURE TO RESIDE IN/COMPLY WITH RULES OF RESIDENTIAL REENTRY CENTER:**

On or about September 22, 2009, the defendant used or administered a controlled substance, cocaine, which had not been prescribed for him by a physician, while a resident at the Independence House Residential Reentry Center (RRC) which constitutes a Grade C violation of supervised release.

This charge is based on the following facts:

On September 29, 2009, I received written notification from the U.S. Probation Office in Albuquerque, New Mexico (where all urine samples are sent for initial screening) that the defendant submitted a positive urine sample for cocaine and alcohol upon his late return to the RRC on September 22, 2009. Upon the defendant's return to the RRC on September 22, 2009, at approximately 1:34 a.m., RRC security counselor, Jerry Stone, smelled alcohol on the defendant. An initial passive breathalyser was positive for alcohol. When the defendant was asked if he had been drinking alcohol, he stated that he "stopped and had a few." At approximately 1:35 a.m., a manual breathalyser sample was obtained from the defendant that registered 0.065 BAC. Another breathalyser sample colleted at about 1:50 a.m., registered 0.063 BAC. A final breathalyser sample collected at about 2:05 a.m., registered 0.057 BAC.

The defendant violated Bureau of Prisons Prohibited Act 112 (Use of any Narcotics, Marijuana, Drugs, or Related Paraphernalia Not Prescribed for the Individual by the Medical Staff).

**5.   VIOLATION OF THE LAW:**

On or about September 25, 2009, the defendant committed interference with police, in violation of Denver Municipal Code 38-31, and resistance, in violation of Denver Municipal Code 38-32. These are misdemeanor offenses which constitute Grade C violations of supervised release.

This charge is based on the following facts:

On September 25, 2009, the defendant was arrested by the Denver Police Department after he was contacted on that date by officers who noted that he was acting "suspiciously" in the 2500 block of Decatur Street at about 2:15 p.m. The defendant was "...poking his head in & out of alley and then hiding behind fence." Officers asked him for his identification and he provided a valid Colorado ID card. After having run his name, the police officer walked back to the defendant who then fled from the officer on foot. Despite officers' orders to stop, he continued to run until he tripped and fell. The defendant then got up on his knees and struck one of the officers with a closed fist as officers attempted to control his arms. The defendant "...was forced to the ground several times as he continued to fight. Lucero refused all orders to stop resisting."

The defendant was charged with 1) Interference and 2) Resistance, both misdemeanor offenses. He appeared in Denver County General Sessions Court for arraignment on September 26, 2009, and entered a guilty plea. He was immediately sentenced to 7 days jail (Denver County General Sessions Court, Docket No. 09GS174978).