**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Criminal Case No. 01-cr-00147-REB

UNITED STATES OF AMERICA,

     Plaintiff,

v.

1. RUDY JOSEPH LUCERO,

     Defendant.

**MINUTE ORDER**[1]

By **September 15, 2010**, the government and the U.S. Probation Department shall file a response to **Motion For Order of Approval of Residence** [#75] filed August 19, 2010.

     Dated: August 20, 2010

---

[1]This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.